# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 14, 2026

Lyle W. Cayce
Clerk

No. 26-60727

Aleksey Rinatovich Erzin,

*Petitioner*,

*versus*

Todd Wallace Blanche, *U.S. Attorney General*,

*Respondent*.

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A214 058 762

UNPUBLISHED ORDER

Before Higginson, Willett, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Petitioner's motion for stay of removal pending review is DENIED.